Douglas Fernando DE ARAUJO–ABADIS, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

Nos. 05–74321, 05–76571.

United States Court of Appeals,
Ninth Circuit.

April 16, 2010.

Dominic Edward Capeci, I, Esquire, Law Offices of Kaiser and Capeci, San Francisco, CA, for Petitioner.

Cindy S. Ferrier, Senior Litigation Counsel, Carolyn Kennedy, Esquire, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

ORDER

On March 30, 2010, the Board of Immigration Appeals reopened the proceedings in this case, and then administratively closed the case. Therefore, there is no longer a final order of removal.

We withdraw the memorandum disposition filed on December 14, 2009.

We dismiss the petition for review.